**STATE v. WALLACE**

[341 N.C. 722 (1995)]

STATE OF NORTH CAROLINA v. HENRY LOUIS WALLACE

No. 70PA95

(Filed 6 October 1995)

On writs of certiorari, issued pursuant to the State's petition and defendant's petition, to review an order denying defendant DNA samples but allowing defendant to observe the State's DNA testing procedures, entered by Johnston, J., on 30 January 1995 in Superior Court, Mecklenburg County. Heard in the Supreme Court 15 September 1995.

*Michael F. Easley, Attorney General, by John H. Watters, Special Deputy Attorney General, and Valerie Spalding, Assistant Attorney General, for the State.*

*James P. Cooney III and Isabel S. Day, Mecklenburg County Public Defender, for defendant-appellant.*

PER CURIAM.

WRIT OF CERTIORARI ISSUED ON THE STATE'S PETITION IMPROVIDENTLY ALLOWED; WRIT OF CERTIORARI ISSUED ON DEFENDANT'S PETITION IMPROVIDENTLY ALLOWED.